# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>GARY RIDENOUR, M.D., et al., )<br>)<br>      Defendants. )<br>_____ ) | 3:19-CR-0042-MMD-WGC<br>3:19-CR-0043-RCJ-CBC<br><br>**MINUTE ORDER**<br>September 19, 2019 |

PRESENT: <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>    LISA MANN    </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     The court has reviewed defendant Gary Ridenour, M.D.'s motion to modify conditions of release (3:19-CR-0042-MMD-WGC - ECF No. 14) & (3:19-CR-0043-RCJ-CBC – ECF No. 26). An opposition to the motion shall be filed on or before **October 3, 2019**. A reply, if any, shall be filed on or before **October 8, 2019**. A hearing will be set for a date immediately thereafter.

    **IT IS SO ORDERED.**

                                       DEBRA K. KEMPI, CLERK

                            By:<u>       /s/       </u>
                                       Deputy Clerk